| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  | |
|---|---|---|---|
| JULIA PRICELLA FERRI, | § | | |
| | § | | |
| Plaintiff, | § | | |
| | § | | |
| versus | § | | CIVIL ACTION NO. 1:22-CV-508-MAC |
| | § | | |
| COMMISSIONER OF SOCIAL SECUIRTY, | § | | |
| | § | | |
| Defendant. | § | | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability-based benefits. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends remanding the case for reconsideration at the administrative level. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**Signed this date**

**Feb 16, 2024**

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE